# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Civil Action No.: 1:19-cv-00077-NLH-KMW |
| *Plaintiff,* | |
| v. | |
| COMMENTS SOLUTIONS, LLC and FIRST LEGACY COMMUNITY CREDIT UNION | **AFFIDAVIT OF SERVICE** |
| *Defendants.* | |

Adam Busler, Esquire, being duly sworn according to law, deposes and says the following:

1. I am attorney admitted to practice law in the District of New Jersey and I submit this Affidavit of Service on behalf of Plaintiff Wells Fargo Bank, N.A., regarding Plaintiff service of process on Defendant Comment Solutions LLC ("CS").

2. Federal Rule of Civil Procedure 4(h)(1) provides that service upon a corporation within the judicial district of the United States shall in the manner prescribed by Federal Rule of Civil Procedure 4(e)(1) or by delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process.

3. According to the New Jersey Business Gateway Business Entity Information and Records Service, CS's registered agent is Michael Williams, with an address of 1005 Gregory's Way, Voorhees, New Jersey 08043. See Ex. A.

4. On or about January 7, 2019, I caused a process server to attempt service upon Mr. Williams, as CS's registered agent, at 1005 Gregory's Way, Voorhees, New Jersey 08043. See Ex. B.

5. According to the process server, an occupant of that address advised the process server that CS had moved from that address that that no forwarding address had been provided. Id.

6. In an effort to find an alternative address to serve CS and/or Mr. Williams, my firm conducted searches of the online databases, including Lexis/Nexis, Google, and Accurint; however, the only address that our research revealed was 1005 Gregory's Way, Voorhees, New Jersey 08043 See Ex. C.

7.     Section 17 of New Jersey's Revised Uniform Limited Liability Company Act provides: "If a limited liability company . . . does not appoint or maintain an agent for service of process in this State or the agent for service of process cannot with reasonable diligence be found at the agent's street address, the filing office is an agent of the company upon whom process, notice, or demand may be served." N.J.S.A. 42:2C-17(b).

8.     The "filing office" is the Division of Revenue in the Department of the Treasury. N.J.S.A. 42:2C-2.

9.     Because CS failed to maintain an agent for service of process, and because the former agent could not be located with reasonable diligence, on or about February 13, 2019, I caused the Division of Revenue in the Department of the Treasury in the State of New Jersey, as the substituted agent for CS, to be served with the summons and complaint in the instant action in accordance with the Federal Rules of Civil Procedure and the Revised Uniform Limited Liability Company Act.  See Ex. D.

Date:  February 2̲1̲, 2019

_____

Adam Busler, Esquire

Sworn to and Subscribed
before me this 2̲1̲s̲t̲ day
of February, 2019.

_____
Notary Public

CHRISTINA KECK
Notary Public - State of New Jersey
My Commission Expires Oct 25, 2021

# Exhibit A

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0450270420

Status Report For:     COMMENTS SOLUTIONS LLC
Report Date:           1/3/2019
Confirmation Number:   90031587458


## IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION

Business ID Number:    0450270420
Business Type:         DOMESTIC LIMITED LIABILITY COMPANY
Status:                ACTIVE
Original Filing Date:  05/15/2018
Stock Amount:          N/A
Home Jurisdiction:     NJ
Status Change Date:    NOT APPLICABLE


## REVOCATION/SUSPENSION INFORMATION

DOR Suspension Start   N/A
Date:
DOR Suspension End     N/A
Date:
Tax Suspension Start   N/A
Date:
Tax Suspension End     N/A
Date:


## ANNUAL REPORT INFORMATION

Annual Report Month:   MAY
Last Annual Report     N/A
Filed:
Year:                  N/A


## AGENT/SERVICE OF PROCESS (SOP)INFORMATION

Agent:                 MICHAEL WILLIAMS
Agent/SOP Address:     1005 GREGORYS WAY ,VOORHEES,NJ,08043
Address Status:        DELIVERABLE
Main Business Address: 1005 GREGORYS WAY, VOORHEES, NJ, 08043
Principal Business     N/A
Address:


## ASSOCIATED NAMES

Associated Name:       N/A
Type:                  N/A

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0450270420

PRINCIPALS

Following are the most recently reported officers/directors (corporations),
managers/members/managing members (LLCs), general partners (LPs), trustees/officers
(non-profits).

```
          Title:              OTHER
          Name:               MICHAEL WILLIAMS,
          Address:            1005 GREGORYS WAY, VOORHEES, NJ, 08043
```

FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND
LIMITED LIABILITY PARTNERSHIPS

To order copies of any of the filings below, return to the service page,
https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions
for obtaining copies. Please note that trade names are filed initially with the County
Clerk(s) and are not available through this service. Contact the Division for
instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

```
          Original Filing       2018
          (Certificate)Date:
```

Changes and Amendments to the Original Certificate:

```
          Filing Type           Year Filed
          N/A                   N/A
```

Note:
Copies of some of the charter documents above, particularly those filed before June
1988 and recently filed documents (filed less than 20 work days from the current date),
may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the
  service center at https://www.njportal.com/DOR/businessrecords/Default.aspx

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0450270420

periodically, search for the business again and build a current list of its
filings. Repeat this procedure until the document shows on the list of documents
available for download.

The Division cannot provide information on filing requests that are in process. Only
officially filed documents are available for download.

# Exhibit B



20190104160035

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOUR PROCESS **20190104160035** Was

**NOT SERVED!**

NOT Served Date/Time: 1/7/2019 10:08 AM

FOX ROTHSCHILD - ATLANTIC CITY
ADAM BUSLER, ESQ.
1301 ATLANTIC AVENUE SUITE 400
ATLANTIC CITY NJ 08401-7212

---

**Visit us at www.SERVED.com to get the latest status of your process. Your FirmID is: 223BF0D0**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOT Served Upon:       **COMMENTS SOLUTIONS LLC. C/O MICHAEL WILLIAMS**
At BUSINESS :          **1005 GREGORYS WAY  VOORHEES NJ 08043**

In the Case/Docket:    **1 19 CV 00077 NLH KMW**   Claim:
Plaintiff:             **WELLS FARGO BANK, NA**
Defendant:             **COMMENTS SOLUTIONS LLC., ET AL**
Attorney:              **ADAM BUSLER, ESQ.**  Phone: **6093484515**  Fax: **6093486834**  Email:
Firm:                  **FOX ROTHSCHILD - ATLANTIC CITY**
                       **1301 ATLANTIC AVENUE SUITE 400 ATLANTIC CITY NJ 08401-7212**

---

**VIDEO OF OUR ATTEMPTS ARE FREQUENTLY AVAILABLE AT A REASONABLE COST
EFFECTIVE 8/6/18 - WHEN AND WHERE AVAILABLE**

---

# AUTHORIZATION FOR ADVANCED SEARCH

**Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392**

**To order search check desired box, sign authorization and fax back to us immediately at 888-224-4405**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER OR TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $50 FEE.

[ ] Social Security Search $55 find or no find          [ X ]* Affidavit of Due Diligence $40 NJ only, $55 other states

[ ] Skip Search* - $75.00 - no find, no pay             [ X ] Corporate Search - $85 anywhere in U.S.

[ ] Postal Forwarding $30 anywhere in U.S              [ ] **(SDA)** Stake Out/Inv $125/hr | **(GSS)** - Wait Time $100/hr (NJ)
                                                        $150/hr Out of State **(circle one)** - Auth Hours ____

[ ] DMV - MVC $60 NJ only, $110 other states

[ ] VIDEO EVIDENCE $79.99 if available                  _____    ___/___/___
                                                        AUTHORIZING SIGNATURE                 DATE

---

PLEASE FAX SIGNED AUTHORIZATION TO (888) 224-4405 OR CALL (877) SDA-2009 TO REACH **SPARTAN DETECTIVE AGENCY**
OR CALL (800) 672-1952 TO REACH **GUARANTEED SUBPOENA SERVICE**
We were unable to serve your process for the following reason:
**AT THE GIVEN VOORHEES, NJ LOCATION SERVER WAS INFORMED THAT THE ENTITY MOVED. NO KNOWN
FORWARDING ADDRESS.**

---

***THIS FORM DOES NOT CONSTITUTE A LEGAL DUE DILIGENCE AFFIDAVIT***
The specific reasons for failure to serve are available from us in an Affidavit Form, Signed and Notarized for $35 in NJ and $50 in all other states.
Check the box above and return for the affidavit.

# Exhibit C

**Important:** The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Use in the Normal Course of Business
**Your GLBA Permissible Use:**  Use by Persons Acting in a Fiduciary Capacity on Behalf of the Consumer
**Your DMF Permissible Use:**  No Permissible Purpose

## Comprehensive Address Report
**Date:** 01/29/19
**Reference Code:**  072979.00712
**Address:**  1005 GREGORYS WAY, VOORHEES, NJ 08043-2058
**Current Ownership:**
Parcel Number - 34-00150-17-00007-0000-C1005
Book - 10131
Page - 798
Lot Number - 7
Name Owner 1 - ZHANG LI
Name Owner 2 - GAO LAN
Address - 1005 GREGORYS WAY, VOORHEES, NJ 08043-2058
Land Usage - CONDOMINIUM
Subdivision Name - VICTORIANA CONDO
Total Value - $73,216
Land Value - $16,650
Improvement Value - $56,566
Year Built - 1984
Sale Date - 12/11/2014
Sale Price - $46,000
Legal Description - VICTORIANA UNIT 1005
Data Source - A
Name Seller 1 - JOHNSON JESSICA D

**Previous Ownership:**
Parcel Number - 34-00150-17-00007-0000-C1005
Book - 10131
Page - 798
Name Owner 1 - ZHANG, LI
Address - 1005 GREGORYS WAY, VOORHEES, NJ 08043-2058
Owner's Address - 57 REGAN LN, VOORHEES, NJ 08043-4143
Land Usage - CONDOMINIUM (RESIDENTIAL)
Building Size - 775 sq. ft.
Sale Date - 12/11/2014
Sale Price - $46,000
Data Source - A
Name Seller 1 - JOHNSON JESSICA D


Parcel Number - 34-00150-17-00007-0000-C1005
Book - 10131
Page - 798
Lot Number - 7
Name Owner 1 - ZHANG LI
Name Owner 2 - GAO LAN
Address - 1005 GREGORYS WAY, VOORHEES, NJ 08043-2058
Owner's Address - 57 REGAN LN, VOORHEES, NJ 08043-4143
Land Usage - CONDOMINIUM
Subdivision Name - VICTORIANA CONDO
Total Value - $72,967
Land Value - $16,593

1/29/2019                                Comprehensive Address Report

Improvement Value - $56,374
Year Built - 1984
Sale Date - 12/11/2014
Sale Price - $46,000
Legal Description - VICTORIANA UNIT 1005
Data Source - A
Name Seller 1 - JOHNSON JESSICA D

Parcel Number - 00150-0017-00007- -C-1005
Book - 8949
Page - 1417
Lot Number - 7
Name Owner 1 - JOHNSON JESSICA D
Address - 1005 GREGORYS WAY, VOORHEES, NJ 08043-2058
Owner's Address - 720 WILLITTS AVE, AUDUBON, NJ 08106-1630
Land Usage - CONDOMINIUM
Subdivision Name - VICTORIANA CONDO
Total Value - $123,700
Land Value - $59,400
Improvement Value - $64,300
Year Built - 1984
Sale Date - 11/28/2008
Sale Price - $115,000
Legal Description - VICTORIANA UNIT 1005
Data Source - A
Name Seller 1 - MCCARTHY JERRY E & DIANE C

Parcel Number - 00150-0017-00007- -C-1005
Book - 5279
Page - 905
Lot Number - 7
Name Owner 1 - MCCARTHY JERRY
Name Owner 2 - MCCARTHY DIANE C
Address - 1005 GREGORYS WAY, VOORHEES, NJ 08043-2058
Owner's Address - 1005 GREGORYS WAY, VOORHEES, NJ 08043-2058
Land Usage - CONDOMINIUM
Year Built - 1984
Sale Date - 12/30/2002
Sale Price - $66,900
Legal Description - VICTORIANA UNIT 1005
Data Source - A
Name Seller 1 - TAYLOR-COWAN BRENDA J

Parcel Number - 00150-0017-00007- -C-1005
Book - 5070
Page - 94
Lot Number - 7
Name Owner 1 - TAYLOR COWAN BRENDA J
Address - 1005 GREGORYS WAY, VOORHEES, NJ 08043-2058
Owner's Address - 1005 GREGORYS WAY, VOORHEES, NJ 08043-2058
Land Usage - CONDOMINIUM
Year Built - 1984
Sale Date - 01/31/2000
Sale Price - $45,000
Legal Description - VICTORIANA UNIT 1005
Data Source - A
Name Seller 1 - TURZO VINCENT & ANGELA

Parcel Number - 00150-0017-00007- -C-1005
Book - 5070
Page - 94
Lot Number - 7
Name Owner 1 - TAYLOR-COWAN BRENDA J
Address - 1005 GREGORYS WAY, VOORHEES, NJ 08043-2058
Owner's Address - 202 EMPRESS CT, MARLTON, NJ 08053-2009
Land Usage - CONDOMINIUM
Year Built - 1984
Sale Date - 01/31/2000
Sale Price - $45,000
Legal Description - VICTORIANA UNIT 1005

1/29/2019                               Comprehensive Address Report

Data Source - A
Name Seller 1 - TURZO VINCENT & ANGELA

**Residential Phones at Address:**
[None Found]
**Business Phones at Address:**
[None Found]
**Possible Current Residents:**
MS LUANNE N PAGLIONE - SSN: 148-54-xxxx DOB: 10/xx/1960
    **Names Associated with Resident:**
    MS L PAGLIONE - SSN: 148-54-xxxx DOB: 10/xx/1960
    MS LU A PAGLIONE - SSN: 148-54-xxxx DOB: 10/xx/1960
    MS LU ANNE PAGLIONE - SSN: 148-54-xxxx DOB: 10/xx/1960
    MS LUANNE PAGLIONE - SSN: 148-54-xxxx DOB: 10/xx/1960
    MS LUANNE S PAGLIONE - SSN: 148-54-xxxx DOB: 10/xx/1960
    MS PAGLIONE LUANNE - SSN: 148-54-xxxx DOB: 10/xx/1960

MS SAMIYAH F SCOTT - SSN: 156-74-xxxx DOB: 05/xx/1983

MS TIA M AKEME - SSN: 188-66-xxxx DOB: 01/xx/1986
    **Names Associated with Resident:**
    MS TIA M FELDER DOB: 01/xx/1986
    MS TIA AKEME - SSN: 188-66-xxxx DOB: 01/xx/1986
    MS TIA FELDER - SSN: 188-66-xxxx DOB: 01/xx/1986
    MS TIA M AKEME - SSN: 188-66-xxxx DOB: 1986
    MS TIA M FELDER - SSN: 188-66-xxxx DOB: 1986

JACKIE TURNER

MR MICHAEL WILLIAMS - SSN: 674-54-xxxx

MR MICHAEL WILLIAMS

**Possible Previous Residents:**
MS SHIELA BRIDDELL
    Current Address: VOORHEES

MS AMANDA BRUCE - SSN: 163-52-xxxx DOB: 12/xx/1966
    **Names Associated with Resident:**
    MS AMANDA J BRUCE - SSN: 163-52-xxxx DOB: 12/xx/1966
    MS AMANDA J SHAFFER - SSN: 163-52-xxxx DOB: 12/xx/1966
    MS AMANDA J SHAFFER - SSN: 163-52-xxxx DOB: 12/1966
    MS AMANDA S BRUCE - SSN: 163-52-xxxx DOB: 12/xx/1966
    Current Address: 3502 OLD PITTSBURGH RD, NEW CASTLE, PA 16101-6167

MR JAY H BRUCE II - SSN: 210-44-xxxx DOB: 07/xx/1968
    **Names Associated with Resident:**
    MR JAH BRUCE 2 - SSN: 210-44-xxxx DOB: 01/xx/1968
    MR JAY BRUCE - SSN: 210-44-xxxx DOB: 07/xx/1968
    MR JAY H BRUCE - SSN: 210-44-xxxx DOB: 07/xx/1968
    MR JAY H BRUCE 2 - SSN: 210-44-xxxx DOB: 07/xx/1968
    MR JAY H BRUCE 2 - SSN: 210-44-xxxx DOB: 01/xx/1968
    MR JAY H BRUCE LL - SSN: 210-44-xxxx DOB: 07/xx/1968
    MR JAY H BRUCE LL - SSN: 210-44-xxxx DOB: 07/xx/1968
    MR JAY L BRUCE 2 - SSN: 210-44-xxxx DOB: 01/xx/1968
    MR JAY H BRUCE 2 - SSN: 210-44-xxxx DOB: 07/1968
    MR ROBERT J BRUCE - SSN: 210-44-xxxx DOB: 07/xx/1968
    Current Address: 3502 OLD PITTSBURGH RD, NEW CASTLE, PA 16101-6167

MR DAVID A CARAPUCCI - SSN: 152-58-xxxx DOB: 07/xx/1963
    **Names Associated with Resident:**
    MR ANTHONY CARAPUCCI - SSN: 152-58-xxxx DOB: 07/xx/1963
    MR DAVID CARAPUCCI - SSN: 152-58-xxxx DOB: 07/xx/1963
    MR DAVID A CARAPUCCI - SSN: 152-58-xxxx DOB: 1963
    MR DAVID ANTHONY CARAPUCCI - SSN: 152-58-xxxx DOB: 07/xx/1963
    MR DAVID H CARAPUCCI - SSN: 152-58-xxxx DOB: 1963
    Current Address: 21 FOY DR, TRENTON, NJ 08690-2726

MR JAMES J MCCARTHY II - SSN: 155-48-xxxx DOB: 1962
    **Names Associated with Resident:**

1/29/2019                                    Comprehensive Address Report

MR J J MCCARTHY
MR JAMES J MCCARTHY
MR JAMES M CARTHY
MR J J MC CARTHY 2 - SSN: 155-48-xxxx DOB: 1962
MR J MC CARTHY 2 - SSN: 155-48-xxxx DOB: 1962
MR JAMES J MCCARTHY 2 - SSN: 155-48-xxxx DOB: 1962
Current Address: 10 HARDING AVE, RUNNEMEDE, NJ 08078-1717

MS BRENDA JOYCE STREET - SSN: 153-38-xxxx DOB: 06/xx/1945
    **Names Associated with Resident:**
    MS BRENDA COWAN - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA STREET - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA TAYLOR - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA TAYLOR COWAN - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA TAYLOR COWEN - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA TAYLOR-COWAN - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA TAYLORCOWAN - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA COWAN TAYLOR - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA J COWAN - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA J STREET - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA J TAYLOR - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA J TAYLOR COWAN - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA J TAYLOR-COWAN - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA J TAYLORCOWAN - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA JOYCE COWAN - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA JOYCE TAYLORCOWAN - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA T COWAN - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS BRENDA TAYLOR COWAN - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS COWAN BRENDA TAYLOR - SSN: 153-38-xxxx DOB: 06/xx/1945
    MS COWEN BRENDA TAYLOR - SSN: 153-38-xxxx DOB: 06/xx/1945
    Current Address: 64 SHEFFIELD PL, SOUTHAMPTON, NJ 08088-1349

MS ROSEANN M DEMPSEY - SSN: 187-50-xxxx DOB: 04/xx/1970
    **Names Associated with Resident:**
    MS RISEANN DEMPSEY - SSN: 187-50-xxxx DOB: 04/xx/1970
    MS ROSE ANN DEMPSEY - SSN: 187-50-xxxx DOB: 04/xx/1970
    MS ROSE-ANN DEMPSEY - SSN: 187-50-xxxx DOB: 04/xx/1970
    MS ROSEANN DEMPSEY - SSN: 187-50-xxxx DOB: 04/xx/1970
    MS ROSEANN DEMPSEY - SSN: 187-50-xxxx DOB: 04/xx/1970
    MS ROSEANN DOMPSEY - SSN: 187-50-xxxx DOB: 04/xx/1970
    MS ROSEANN M DEMARCO - SSN: 187-50-xxxx DOB: 04/xx/1970
    MS ROSEANN R DEMPSEY - SSN: 187-50-xxxx DOB: 04/xx/1970
    Current Address: 765 DEVONSHIRE DR, WILLIAMSTOWN, NJ 08094-3897

MS ROSEANN M DEMARCO - SSN: 157-84-xxxx DOB: 04/1970
    **Names Associated with Resident:**
    MS ROSEANN M DEMPSEY - SSN: 157-84-xxxx DOB: 04/1970
    Current Address: VOORHEES

MR JEFFERY M DEMPSEY - SSN: 179-54-xxxx DOB: 03/xx/1962
    **Names Associated with Resident:**
    MR JEFFEREY M DEMPSEY - SSN: 179-54-xxxx DOB: 03/xx/1962
    MR JEFFREY J DEMPSEY - SSN: 179-54-xxxx DOB: 03/xx/1962
    MR JEFFREY M DEMPSEY - SSN: 179-54-xxxx DOB: 03/xx/1962
    MR JEFFREY M DEMTSEY - SSN: 179-54-xxxx DOB: 03/xx/1962
    Current Address: 765 DEVONSHIRE DR, WILLIAMSTOWN, NJ 08094-3897

M J DEMPSEY
    Current Address: VOORHEES

MR THOMAS LEE DEPALMA - SSN: 156-32-xxxx DOB: 04/xx/1943
    **Names Associated with Resident:**
    MR THOMAS L DE PALMA - SSN: 000-00-xxxx DOB: 04/xx/1943
    MR THOMAS L DEPALMA - SSN: 136-36-xxxx DOB: 04/xx/1943
    MR THOMAS DEPALMA - SSN: 152-32-xxxx DOB: 04/xx/1943
    MR THOMAS L CLINTON - SSN: 152-32-xxxx DOB: 04/xx/1943
    MR TOMMY LEE CLINTON - SSN: 152-32-xxxx DOB: 04/xx/1943
    MR T DEPALMA SR - SSN: 156-32-xxxx DOB: 04/xx/1943
    MR T L PALMA - SSN: 156-32-xxxx DOB: 04/xx/1943
    MR THOMAS DEPALA - SSN: 156-32-xxxx DOB: 04/xx/1943

Comprehensive Address Report

MR THOMAS DEPALMA - SSN: 156-32-xxxx DOB: 04/xx/1943
MR THOMAS LDEPALMA - SSN: 156-32-xxxx DOB: 04/xx/1943
MR THOMAS DE PALMA - SSN: 156-32-xxxx DOB: 04/xx/1943
MR THOMAS L DE PALMA - SSN: 156-32-xxxx DOB: 04/xx/1943
MR THOMAS L DEPALMA - SSN: 156-32-xxxx DOB: 04/1943
MR THOMAS L DEPALMA - SSN: 156-32-xxxx DOB: 04/xx/1943
MR THOMAS L DEPALMA JR - SSN: 156-32-xxxx DOB: 04/xx/1943
MR THOMAS L DEPALMA SR - SSN: 156-32-xxxx DOB: 04/xx/1943
MR THOMAS L LDEPALMA - SSN: 156-32-xxxx DOB: 04/xx/1943
MR THOMAS LOUIS DEPALMA SR - SSN: 156-32-xxxx DOB: 04/xx/1943
MR THOS L DEPALMA - SSN: 156-32-xxxx DOB: 04/1943
MR THOS L DEPALMA - SSN: 156-32-xxxx DOB: 04/xx/1943
Current Address: 994 OLD WHITE HORSE PIKE, WATERFORD WORKS, NJ 08089-1816

MR LOUIS T DEPALMA - SSN: 136-78-xxxx DOB: 10/xx/1967
    **Names Associated with Resident:**
MR L DEPALMA - SSN: 136-78-xxxx DOB: 10/xx/1967
MR LOIS DEPALMA - SSN: 136-78-xxxx DOB: 10/xx/1967
MR LOUIS DEPALMA - SSN: 136-78-xxxx DOB: 10/xx/1967
MR LOUIS DOPALMA - SSN: 136-78-xxxx DOB: 10/xx/1967
MR LOUIS DE PALMA - SSN: 136-78-xxxx DOB: 10/xx/1967
MR LOUIS T DEPALMA - SSN: 136-78-xxxx DOB: 10/1967
MR LOUIS T DOPALMA - SSN: 136-78-xxxx DOB: 10/xx/1967
MR LOUIS T DOPALMA - SSN: 136-78-xxxx DOB: 10/1967
MR LOUIS THOMAS DEPALMA - SSN: 136-78-xxxx DOB: 10/xx/1967
Current Address: 994 OLD WHITE HORSE PIKE, WATERFORD WORKS, NJ 08089-1816

MS EILEEN FRANCES EDDINGTON - SSN: 149-42-xxxx DOB: 11/xx/1948
    **Names Associated with Resident:**
MS EILEE EDDINGTON - SSN: 149-42-xxxx DOB: 11/xx/1948
MS EILEEN EDDINGTON - SSN: 149-42-xxxx DOB: 11/xx/1948
MS EILEEN TEASDALE - SSN: 149-42-xxxx DOB: 11/xx/1948
MS EILEEN F EDDINGTON - SSN: 149-42-xxxx DOB: 11/xx/1948
Current Address: 4505 TUSCANY GLEN CIR APT 301, TAMPA, FL 33619-0835

MS ROSALYN MICHELLE VINSON JR - SSN: 206-56-xxxx DOB: 03/xx/1964
    **Names Associated with Resident:**
MS ROSALYN M VINSON - SSN: 000-00-xxxx DOB: 03/xx/1964
MS M VINSON ROSALYN JR - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN GAINES - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN VINSON - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN M GAINES - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN M GAINES JR - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN M GAINES-VIN - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN M GAINES-VIN - SSN: 206-56-xxxx DOB: 03/1964
MS ROSALYN M GAINESVIN JR - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN M GAINESVINSON - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN M GAINESVINSON JR - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN M GAINS JR - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN M VINSON - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN M VINSON JR - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN M VINSONJOHNGAINS - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN M VINSON JOHN GAINS JR - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN MICHELLE GAINES - SSN: 206-56-xxxx DOB: 03/xx/1964
MS ROSALYN MICHELLE VINSON JR - SSN: 206-56-xxxx DOB: 03/1964
MS ROSAYLN VINSON JR - SSN: 206-56-xxxx DOB: 03/xx/1964
Current Address: 13 JAQUES CT, SICKLERVILLE, NJ 08081-4701

MS GINA LYNN TONIELLI-HAMMETT - SSN: 155-70-xxxx DOB: 09/xx/1964
    **Names Associated with Resident:**
MS GINA HAMMETT - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA L HAMMETT - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA T HAMMETT - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA HAMMETT - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA TONIELLI - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA TONIELLI HAMMETT - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA TONIELLIHAMMETT - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA L HAMMETT - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA L TONELLI - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA L TONIELL - SSN: 155-70-xxxx DOB: 09/xx/1964

MS GINA L TONIELLI - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA L TONIELLI HAMMETT - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA L TONIELLIHAMMETT - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA LYNN HAMMETT - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA LYNN TONIELLI - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA LYNN TONIELLI HAMMETT - SSN: 155-70-xxxx DOB: 09/xx/1964
MS GINA LYNN TONIELLI-HAMMETT - SSN: 155-70-xxxx DOB: 1965
MS GINA LYNN TONIELLI-HAMMETT - SSN: 155-70-xxxx DOB: 1963
MS GINA LYNN TONIELLI-HAMMETT - SSN: 155-70-xxxx DOB: 1964
MS GINA TONIELLI HAMMETT - SSN: 155-70-xxxx DOB: 09/xx/1964
Current Address: 1313 FLEMING RD, GREENSBORO, NC 27410-2601

MS JESSICA DANELLE JOHNSON - SSN: 448-92-xxxx DOB: 09/xx/1980
   **Names Associated with Resident:**
   MS JESSICA JOHNSON - SSN: 448-92-xxxx DOB: 09/xx/1980
   Current Address: 101 NE 53RD ST APT 2803, OKLAHOMA CITY, OK 73105-1878

MS MICHELLE E KAY - SSN: 157-62-xxxx DOB: 09/xx/1974
   **Names Associated with Resident:**
   MS MICHELE RUDITSKY - SSN: 157-62-xxxx DOB: 09/xx/1974
   MS MICHELE E KAY - SSN: 157-62-xxxx DOB: 09/xx/1974
   MS MICHELE E RUDITSKY - SSN: 157-62-xxxx DOB: 09/xx/1974
   MS MICHELLE KAY - SSN: 157-62-xxxx DOB: 09/xx/1974
   MS MICHELLE RUDISKY - SSN: 157-62-xxxx DOB: 09/xx/1974
   MS MICHELLE E RUDITASKY - SSN: 157-62-xxxx DOB: 09/xx/1974
   MS MICHELLE E RUDITSKY - SSN: 157-62-xxxx DOB: 09/xx/1974
   Current Address: 2 ANITA DR, JACKSON, NJ 08527-4901

MS DEBORAH S RUDOLPH - SSN: 352-60-xxxx DOB: 08/xx/1963
   **Names Associated with Resident:**
   MS DEBORAH RUNDOLPH - SSN: 352-60-xxxx DOB: 08/xx/1963
   MS DEBRA MARSH - SSN: 352-60-xxxx DOB: 08/xx/1963
   MS DEBRA RUDOLPH - SSN: 352-60-xxxx DOB: 08/xx/1963
   MS DEBRA S MARSH - SSN: 352-60-xxxx DOB: 08/xx/1963
   MS DEBRA S RUDOLPH - SSN: 352-60-xxxx DOB: 08/xx/1963
   MS DEBRA S RULSOLPH - SSN: 352-60-xxxx DOB: 08/xx/1963
   Current Address: 1 ROBYN CT, LITCHFIELD, NH 03052-2623

MS SANDRA P MARSH - SSN: 105-28-xxxx DOB: 06/xx/1937
   **Names Associated with Resident:**
   MS SONDRA MARSH - SSN: 105-28-xxxx DOB: 06/xx/1937
   MS SONDRA P MARSH - SSN: 105-28-xxxx DOB: 06/1937
   MS SONDRA P MARSH - SSN: 105-28-xxxx DOB: 06/xx/1937
   Current Address: 1445 THORNWOOD DR, MOUNT LAUREL, NJ 08054-1824

MS DIANE C MCCARTHY - SSN: 138-60-xxxx DOB: 08/xx/1958
   Current Address: 6 E NARBERTH TER, COLLINGSWOOD, NJ 08108-1017

MR JAMES J MCCARTHY III - SSN: 155-48-xxxx DOB: 09/xx/1952
   **Names Associated with Resident:**
   MR JAMES J MCCARTHY 3 - SSN: 140-20-xxxx DOB: 09/xx/1952
   MR JAMES J MCCARTHY 3 - SSN: 140-20-xxxx DOB: 01/xx/1950
   MR J MCCARTHY 3 - SSN: 155-48-xxxx DOB: 05/xx/1952
   MR J J MC CARTHY 3 - SSN: 155-48-xxxx DOB: 05/xx/1952
   MR J J MCCARTHY - SSN: 155-48-xxxx DOB: 09/xx/1952
   MR JAMES MCCARTHY - SSN: 155-48-xxxx DOB: 09/xx/1952
   MR JAMES J MC CARTHY - SSN: 155-48-xxxx DOB: 09/xx/1952
   MR JAMES J MCCARTHY 3 - SSN: 155-48-xxxx DOB: 09/xx/1952
   MR JAMES J MCCARTHY 3 - SSN: 155-48-xxxx DOB: 05/xx/1952
   MR JAMES J MCCARTHY II - SSN: 155-48-xxxx DOB: 09/xx/1952
   MR JAMES J MCCARTHY JR - SSN: 155-48-xxxx DOB: 09/xx/1952
   MR JAMES J MCCARTHYII 3 - SSN: 155-48-xxxx DOB: 05/xx/1952
   MR JAS J MCCARTHY - SSN: 155-48-xxxx DOB: 09/xx/1952
   MR JAS J MCCARTHY 3 - SSN: 155-48-xxxx DOB: 09/xx/1952
   MR JAS J MCCARTHY 3 - SSN: 155-48-xxxx DOB: 05/xx/1952
   MR JAS J MCCARTHY III - SSN: 155-48-xxxx DOB: 09/xx/1952
   MR JAS J MCCARTHYII - SSN: 155-48-xxxx DOB: 09/xx/1952
   MR JAMES J MCCARTHY 3 - SSN: 155-48-xxxx DOB: 09/1952
   MR JAMES J MCCARTHY - SSN: 155-48-xxxx DOB: 09/xx/1952
   Current Address: 10 HARDING AVE, RUNNEMEDE, NJ 08078-1717

1/29/2019                                Comprehensive Address Report

MR JERRY E MCCARTHY - SSN: 154-52-xxxx DOB: 06/xx/1957
    **Names Associated with Resident:**
    MR JERRY EMCCARTHY - SSN: 154-52-xxxx DOB: 06/xx/1957
    MR JERRY MCCARTHY - SSN: 154-52-xxxx DOB: 06/xx/1957
    MR JERRY E MC - SSN: 154-52-xxxx DOB: 06/xx/1957
    MR JERRYE MCCARTHY - SSN: 154-52-xxxx DOB: 06/xx/1957
    Current Address: 410 TIMOTHY TER, SEWELL, NJ 08080-9455

ECEPTANCE CORPE - SSN: 223-36-xxxx
    **Names Associated with Resident:**
    ECEPTANCE METROPOLITON - SSN: 223-36-xxxx
    METROPOLITON ECEPTANCE CORPE - SSN: 223-36-xxxx
    Current Address: VOORHEES

JOHN PATROZIC
    **Names Associated with Resident:**
    J PATROVICH
    Current Address: VOORHEES

MS ANNE L PERONNE - SSN: 135-70-xxxx DOB: 01/xx/1972
    **Names Associated with Resident:**
    MS ALICE L PERONNE - SSN: 135-70-xxxx DOB: 01/xx/1972
    MS AMNNE PERONNE - SSN: 135-70-xxxx DOB: 01/xx/1972
    MS ANNE PERONNE - SSN: 135-70-xxxx DOB: 01/xx/1972
    Current Address: 25340 SPECTRUM, IRVINE, CA 92618-3446

MR JONATHAN H RUDOLPH - SSN: 103-66-xxxx DOB: 12/xx/1965
    **Names Associated with Resident:**
    MR JOHNATHAN RUDOLPH - SSN: 103-66-xxxx DOB: 12/xx/1965
    MR JONATHAN RANDOLPH - SSN: 103-66-xxxx DOB: 12/xx/1965
    MR JONATHAN RUDLOPH - SSN: 103-66-xxxx DOB: 12/xx/1965
    MR JONATHAN RUDOLPH - SSN: 103-66-xxxx DOB: 12/xx/1965
    Current Address: 3 WALNUT ST APT 1, MANCHESTER, NH 03104-4842

MR JOHN L TAYLOR - SSN: 136-82-xxxx DOB: 12/xx/1974
    **Names Associated with Resident:**
    MR JOHN TUCKER - SSN: 136-82-xxxx DOB: 12/xx/1974
    MR JOHN J TAYLOR - SSN: 136-82-xxxx DOB: 12/xx/1974
    MR JOHN LAMAR TAYLOR - SSN: 136-82-xxxx DOB: 12/xx/1974
    MR JOHNNY TAYLOR - SSN: 136-82-xxxx DOB: 12/xx/1974
    MR JOHNNY L TAYLOR - SSN: 136-82-xxxx DOB: 12/xx/1974
    MR TAYLOR JOHNS - SSN: 136-82-xxxx DOB: 12/xx/1974
    Current Address: 733 OAKTREE CT, POTTSTOWN, PA 19464-3252

MR VINCENT E TURZO - SSN: 205-34-xxxx DOB: 07/xx/1943
    **Names Associated with Resident:**
    MR V TURZO - SSN: 205-34-xxxx DOB: 07/xx/1943
    MR VINCENT TURZO - SSN: 205-34-xxxx DOB: 07/xx/1943
    Current Address: 19 TOWER RD, LONG BRANCH, NJ 07740-5776

MR HENRY J VINSON JR - SSN: 144-70-xxxx DOB: 07/xx/1964
    **Names Associated with Resident:**
    MR HENRY VINSON JR - SSN: 000-00-xxxx DOB: 07/xx/1964
    MR HENRY BINSON JR - SSN: 144-70-xxxx DOB: 07/xx/1964
    MR HENRY VINSON - SSN: 144-70-xxxx DOB: 07/xx/1964
    MR HENRY VINSON JR - SSN: 144-70-xxxx DOB: 07/1964
    MR HENRY VINSON JR - SSN: 144-70-xxxx DOB: 07/xx/1964
    MR HENRY J VINSON - SSN: 144-70-xxxx DOB: 07/xx/1964
    MR VINSON HENRY JR - SSN: 144-70-xxxx DOB: 07/xx/1964
    MR VINSON J HENRY - SSN: 144-70-xxxx DOB: 07/1964
    MR VINSON JR HENRY - SSN: 144-70-xxxx DOB: 07/xx/1964
    Current Address: 13 JAQUES CT, SICKLERVILLE, NJ 08081-4701

MR HENRY J VINSON SR - SSN: 231-50-xxxx DOB: 05/xx/1942
    **Names Associated with Resident:**
    MR HENRY VINSON - SSN: 231-50-xxxx DOB: 1942
    MR HENRY VINSON - SSN: 231-50-xxxx DOB: 05/xx/1942
    MR HENRY VINSON SR - SSN: 231-50-xxxx DOB: 1942
    MR HENRY VINSON SR - SSN: 231-50-xxxx DOB: 05/xx/1942

MR HENRY J VINSON SR - SSN: 231-50-xxxx DOB: 1942
MR HENRY VINSON SR - SSN: 231-50-xxxx DOB: 05/1942
Current Address: 2410 S CUTHBERT DR, LINDENWOLD, NJ 08021-2613

MS LISETTE KAPINGA BANZA - SSN: 220-29-xxxx DOB: 10/xx/1983
**Names Associated with Resident:**
MS KAPINGA BANZA - SSN: 220-29-xxxx DOB: 10/xx/1983
MS LINSETTE K BANZA - SSN: 220-29-xxxx DOB: 10/xx/1983
MS LISETTE BANZA - SSN: 220-29-xxxx DOB: 10/xx/1983
MS LISETTE K BANZA - SSN: 220-29-xxxx DOB: 10/xx/1983
Current Address: 22 BUDHOLLOW LN, WILLINGBORO, NJ 08046-1632

MR JAMES J MCCARTHY JR - SSN: 140-20-xxxx DOB: 03/xx/1928
**Names Associated with Resident:**
MR JAMES J MCCARTHY - SSN: 140-20-xxxx DOB: 03/xx/1928
Current Address: VOORHEES

MS ANGELA TURZO
Current Address: 1015 GREGORYS WAY, VOORHEES, NJ 08043-2058

MR JEFFREY F DECKERT - SSN: 139-86-xxxx DOB: 03/xx/1988
**Names Associated with Resident:**
MR JEFFREY F DECKERT DOB: 03/xx/1988
MR JEFFREY DECKERT - SSN: 139-86-xxxx DOB: 03/xx/1988
MR JEFFREY F DECKER - SSN: 139-86-xxxx DOB: 1988
MR JEFFREY F DECKERT - SSN: 139-86-xxxx DOB: 1988
MR JEFFREY G DECKERT - SSN: 139-86-xxxx DOB: 1988
Current Address: 8365 HARROWGATE DR, PENNSAUKEN, NJ 08109-3631

MS IDA DEPALMA
Current Address: VOORHEES

MR GEORGE A INGE - SSN: 157-92-xxxx DOB: 06/xx/1992
**Names Associated with Resident:**
MR GEORGE INGE - SSN: 157-92-xxxx DOB: 06/xx/1992
Current Address: 62 ELIZABETH ST, PEMBERTON, NJ 08068-1218

COWEN B TAYLOR - SSN: 153-38-xxxx DOB: 06/1945
Current Address: 202 EMPRESS CT, MARLTON, NJ 08053-2009

MR JAY HOWARD BRUCE II - SSN: 210-44-xxxx DOB: 07/xx/1968
**Names Associated with Resident:**
MR BRUCE JAY - SSN: 210-44-xxxx DOB: 07/xx/1968
MR J HOWARD BRUCE - SSN: 210-44-xxxx DOB: 07/xx/1968
MR J HOWARD BRUCE II - SSN: 210-44-xxxx DOB: 07/xx/1968
MR JAY BRUCE - SSN: 210-44-xxxx DOB: 07/xx/1968
MR JAY H BRUCE II - SSN: 210-44-xxxx DOB: 07/xx/1968
Current Address: 3502 OLD PITTSBURGH RD, NEW CASTLE, PA 16101-6167

LI ZHANG
Current Address: VOORHEES

LAN GAO
Current Address: VOORHEES

MR SAMUEL KOROMA - SSN: 650-26-xxxx
Current Address: VOORHEES

**Neighbors of this Address:**
1004 GREGORYS WAY, VOORHEES, NJ 08043-2058
**Residents:**
ANGELA M WILMER - SSN: 209-68-xxxx DOB: 1988
JARRYD STAMASTELOS - SSN: 147-86-xxxx
**Phones:**
[None Found]

1006 GREGORYS WAY, VOORHEES, NJ 08043-2058
**Residents:**
CRISTIAN BLANDA
JOSEPH SANTORA 2 - SSN: 155-72-xxxx DOB: 11/xx/1966

MONICA M SANTORA
**Phones:**
[None Found]

1003 GREGORYS WAY, VOORHEES, NJ 08043-2058
**Residents:**
MICHELE M CINAGLIA - SSN: 151-60-xxxx
DANZAN SCHOWGUROW
BEMBYA SHURUKCHIEV - SSN: 384-69-xxxx DOB: 11/xx/1994
BAYRTA SHURUKCHIEVA
**Phones:**
[None Found]

1007 GREGORYS WAY, VOORHEES, NJ 08043-2058
**Residents:**
HENRY FAIR - SSN: 227-13-xxxx
LISBETH DEL BIONDO - SSN: 139-40-xxxx
**Phones:**
856-772-1473 - - FAIR HENRY - EST

1002 GREGORYS WAY, VOORHEES, NJ 08043-2058
**Residents:**
FRANK CHILLE - SSN: 153-58-xxxx
JEFFREY JIN DOB: 07/xx/1974
**Phones:**
[None Found]

1008 GREGORYS WAY, VOORHEES, NJ 08043-2058
**Residents:**
ROBERT PRETION DOB: 08/xx/1969
ALLIE R WOOD - SSN: 136-90-xxxx
DENNIS PITTS
TIM ABRALDES - SSN: 077-80-xxxx
**Phones:**
[None Found]

1001 GREGORYS WAY, VOORHEES, NJ 08043-2058
**Residents:**
BROOKE NEWMAN DOB: 10/xx/1996
**Phones:**
[None Found]

1009 GREGORYS WAY, VOORHEES, NJ 08043-2058
**Residents:**
CHUNG L LI
HSIAO C LEE - SSN: 156-94-xxxx
**Phones:**
[None Found]

1010 GREGORYS WAY, VOORHEES, NJ 08043-2058
**Residents:**
THOMAS M PALLIES - SSN: 139-46-xxxx DOB: 10/xx/1956
JUDITH HAMBLETON
GREGORY R HAMBLETON - SSN: 154-48-xxxx
JANET E HILDEBRAND DOB: 08/xx/1950
**Phones:**
[None Found]

1010 GREGORYS WAY UNIT 1010, VOORHEES, NJ 08043-2058
**Residents:**
GREGORY HAMBLETON
JANET E HILDEBRAND - SSN: 141-48-xxxx
**Phones:**
[None Found]

1011 GREGORYS WAY, VOORHEES, NJ 08043-2058
**Residents:**
PHILLIP C VANDOREN
**Phones:**

1/29/2019                                        Comprehensive Address Report

856-772-0860 - - VANDOREN P - EST

914 GREGORYS WAY, VOORHEES, NJ 08043-2057
    **Residents:**
        NATHANIEL COLLIER - SSN: 140-12-xxxx DOB: 1922
        MANDY L CORTHELL DOB: 12/xx/1976
        STEVEN COLLINS - SSN: 189-51-xxxx
    **Phones:**
        [None Found]

913 GREGORYS WAY, VOORHEES, NJ 08043-2057
    **Residents:**
        RONALD W SCHWENKE 3 DOB: 03/xx/1979
        MELISSA SENESE
    **Phones:**
        [None Found]

**Possible Current Businesses at Address:**
[None Found]
**Possible Previous Businesses at Address:**
[None Found]

1/29/2019                                                    Contact Card Report

**Important:**  The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Use in the Normal Course of Business
**Your GLBA Permissible Use:**  Use by Persons Acting in a Fiduciary Capacity on Behalf of the Consumer
**Your DMF Permissible Use:**  No Permissible Purpose

**Note:**  The "possible relatives" listed here have not been confirmed.

## Contact Card Report
**Date:** 01/29/19
**Reference Code:**  072979.00712

| Subject Information | AKAs | Indicators |
|---|---|---|
| **(Best Information for Subject)** | **(Names Associated with Subject)** | |
| Name: MICHAEL WILLIAMS | MICHAEL WILLIAMS | Current Property: **No** |
| Gender: **Male** | SSN: 674-54-xxxx | Corporate Affiliations: **No** |
| Age: | | |
| SSN: 674-54-xxxx - SSN potentially randomly issued by the SSA. | | |

### Contact Card List

**At Home**

| | Phone & Listed Name | Possible Cell Phone | Name & Possible Relationship | LexID | Address |
|---|---|---|---|---|---|
| 1. COPY | | | MICHAEL WILLIAMS - Subject | 237339791978 | 1005 GREGORYS WAY VOORHEES, NJ 08043-2058 |

**Through Neighbors**

| | Phone & Listed Name | Possible Cell Phone | Name & Possible Relationship | LexID | Address |
|---|---|---|---|---|---|
| 1. COPY | 856-772-1473 - EST FAIR HENRY | | HENRY HAYES FAIR - Neighbor | 772090829 | 1007 GREGORYS WAY VOORHEES, NJ 08043-2058 |
| | 757-593-7995 - EST HENRY FAIR | Yes | | | |
| 2. COPY | 609-247-9167 - EST GREGORY HAMBLETON | Yes | GREGORY ROSS HAMBLETON - Neighbor | 996609615 | 1010 GREGORYS WAY VOORHEES, NJ 08043-2058 |
| | 609-319-2141 - EST GREGORY HAMBLETON | Yes | | | |
| | 609-319-0456 - EST GREG HAMBLETON | Yes | | | |
| 3. COPY | 609-220-9823 - EST JOSEPH A SANTORA | Yes | JOSEPH A SANTORA - Neighbor | 1289566164 | 1006 GREGORYS WAY VOORHEES, NJ 08043-2058 |

### Address Summary  (✔ - Probable Current Address)
1005 GREGORYS WAY, VOORHEES, NJ 08043-2058 (Jun  2018 - Nov  2018)

### Bankruptcy Filings
[None Found]

# Exhibit D

20190205090429

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **ALIAS SUMMONS , COMPLAINT FOR INTERPLEADER, CIVIL COVER SHEET, CERTIFICATION,**
EFFECTED (1) BY ME: **ATTACHMENTS**
TITLE: **JANE NUNN**
**PROCESS SERVER**

DATE: **2/13/2019 2:18:44 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

COMMENTS SOLUTIONS, LLC

Place where served:

NJ DEPARTMENT OF TREASURY, DIVISION OF REVENUE, 33 WEST STATE STREET #5  TRENTON  NJ  08608

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing
therein. Name of person with whom the summons and complaint were left:

NIKKI DODSON

Relationship to defendant    **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX:F___  AGE:36-50  HEIGHT:5'4"-5'8"___  WEIGHT: 131-160 LBS.___   SKIN:BLACK____      HAIR:BROWN___  OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $_____.____          TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in
this Return of Service and Statement of Server is true and correct.

DATE: _2/14_/20_19_        _M. Jane Nunn_  L.S.

SIGNATURE OF JANE NUNN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:     ADAM BUSLER, ESQ.
PLAINTIFF:     WELLS FARGO BANK, NA
DEFENDANT:  COMMENTS SOLUTIONS LLC., ET AL
VENUE:         DISTRICT
DOCKET:       1 19 CV 00077 NLH KMW
COMMENT:

KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2023
NEW JERSEY