UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> *Plaintiff*, <br><br> v. <br><br> COMMENTS SOLUTIONS, LLC <br> and <br> FIRST LEGACY COMMUNITY CREDIT UNION <br><br> *Defendants*. | Civil Action No.: 1:19-cv-00077-NLH-KMW <br><br><br><br> **REQUEST TO ENTER DEFAULT AGAINST DEFENDANT COMMENTS SOLUTIONS, LLC** |

TO THE CLERK:

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, request is hereby made that you kindly enter a default against Defendant Comments Solutions, LLC by reason of its failure to plead or otherwise respond to Plaintiff Wells Fargo Bank, N.A.'s Complaint in this matter more than twenty-one (21) days following service thereof, as more detailed in the Declaration of Adam Busler, Esq. in Support of Request for Entry of Default submitted herewith.

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

By:  /s/ Adam Busler
      Adam Busler
      Attorneys for Plaintiff,
      Wells Fargo, N.A.

Dated:  March 14, 2019

## **CERTIFICATE OF SERICE**

I hereby certify that on March 13, 2019, I caused a true and correct copy of the foregoing document to be served via ECF/CM and United States Mail upon the following parties:

Comment Solutions, LLC
1005 Gregory's Way
Voorhees, NJ 08043

Comment Solutions, LLC
c/o Division of Revenue in the Department of Treasury for the State of New Jersey
33 West State Street, #5
Trenton, NJ 08608

Denise E. Carlon
KML Law Group, PC
216 Haddon Ave
Suite 406
Westmont, NJ 08108
Attorneys for Defendant, First Legacy Community Credit Union

Dated:  March 14, 2019

                                              /s/ Adam Busler
                                              Adam Busler