## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMENTS SOLUTIONS, LLC<br>and<br>FIRST LEGACY COMMUNITY<br>CREDIT UNION<br><br>*Defendants*. | Civil Action No.: 1:19-cv-00077-NLH-KMW<br><br><br><br>**DECLARATION OF ADAM BUSLER IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANT COMMENTS SOLUTIONS, LLC** |

Pursuant to 28 U.S.C. § 1746, I, Adam Busler, hereby declare, based on personal knowledge, the following:

1.      I am an associate attorney at the law firm of Fox Rothschild LLP in Atlantic City, New Jersey, and I am authorized to take this declaration on behalf of Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo").

2.      I submit this declaration in support of Wells Fargo's request for entry of default against Defendant Comment Solutions, LLC ("CS"), for failure to plead or otherwise defend with respect to Wells Fargo's Complaint.

3.      On January 3, 2019, Wells Fargo commenced this interpleader action by filing its Complaint.

4.      As set out in detail in the February 21, 2019 Affidavit of Service [Doc. No. 6], Wells Fargo served CS on February 13, 2019.

5.      Under Federal Rules of Civil Procedure 12(a)(1)(A), CS was required to respond to Wells Fargo's Complaint on or before March 7, 2019.

6.      CS failed to plead or otherwise defend Wells Fargo's Complaint on or before March 7, 2019.

7.      Neither Wells Fargo not the Court has granted CS an extension of time to respond to Wells Fargo's Complaint.

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Adam Busler
                    Adam Busler


Dated: March 14, 2019