

Midtown Building
1301 Atlantic Avenue
Suite 400
Atlantic City, NJ 08401-7212
Tel (609) 348-4515  Fax (609) 348-6834
www.foxrothschild.com

Eileen Oakes Muskett
Office Managing Partner

ADAM BUSLER
Direct No:  609.572.2238
Email: ABusler@FoxRothschild.com

June 3, 2019

**VIA FAX [856-757-6846] AND EMAIL**

Honorable Karen M. Williams, U.S.M.J.
U.S. District Court for the District of New Jersey, Camden Division
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

>   Re:   **Wells Fargo Bank, N.A. v. Comments Solutions, LLC & First Legacy Community Credit Union**
>   **Case No.: 1:19-cv-00077**

Dear Judge Williams:

We represent Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") in the above-referenced matter. The Court has scheduled an in-person Initial Conference with Your Honor at 11:30 a.m. on June 5, 2019 (the "Conference").  We write to respectfully request an adjournment of the Conference until after the Court renders a decision on Wells Fargo's pending Motion to Interplead, Or in the Alternative, To Deliver Funds to First Legacy (the "Motion").

By way of background, this is an interpleader action filed in connection with a wire transfer from Defendant First Legacy Community Credit Union ("First Legacy") to a Wells Fargo checking account belonging to Defendant Comment Solutions, LLC ("Comment Solutions"). First Legacy filed an Answer to Wells Fargo's Complaint for Interpleader (the "Complaint"), but Comment Solutions has failed to file an Answer or otherwise respond.  The Clerk entered a Default against Comment Solutions on March 15, 2019.

Wells Fargo filed the Motion on April 15, 2019.  Through the Motion, Wells Fargo seeks an Order permitting Wells Fargo to deposit into the Registry of this Court the Restrained Proceeds (as defined in the Complaint) that are the subject of its Complaint, and dismiss and discharge Wells Fargo from this action, along with an award of its reasonable attorneys' fees and costs.  In the alternative, Wells Fargo seeks, based upon the facts set forth in the Complaint and the default of Comment Solutions, an Order permitting Wells Fargo to deliver the Restrained Proceeds to First Legacy, and dismiss and discharge Wells Fargo from this action, along with an award of its

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington



June 3, 2019
Page 2

reasonable attorneys' fees and costs.  Because the Motion will likely obviate the need for the Conference, Wells Fargo respectfully asks the Court to adjourn the Conference until after the Court renders its decision on the Motion.  Counsel for First Legacy, Denise Carlon, Esq., has consented to this request.

We thank the Court for Your Honor's time and attention.  Should Your Honor have any questions, please do not hesitate to contact me.

Respectfully,

Adam Busler

cc:     Denise Carlon, Esq. (via email)