```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| WELLS FARGO BANK, N.A., | 1:19-cv-77-NLH-KMW |
| Plaintiff, | **ORDER** |
| v. | |
| COMMENTS SOLUTIONS, LLC and FIRST LEGACY COMMUNITY CREDIT UNION, | |
| Defendants. | |

**HILLMAN, District Judge**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this   17th   day of   December  , 2019

**ORDERED** that Plaintiff Wells Fargo Bank, N.A.'s ("Plaintiff") motion for interpleader deposit (ECF No. 13) be, and the same hereby is, **GRANTED in part; DENIED in part, without prejudice; and DENIED in part;** and it is further

**ORDERED** that, to the extent Plaintiff's motion for interpleader relief seeks permission to deposit $73,187.70 into the Court's Registry and dismiss it from this action, the motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED** that, to the extent Plaintiff moves for an award of reasonable attorneys' fees and costs, the motion is **DENIED, without prejudice to later re-filing**; and it is further

**ORDERED** that, to the extent Plaintiff's motion seeks an order permitting it to deliver the funds at issue to Defendant First Legacy Community Credit Union, the motion is **DENIED**; and it is further

**ORDERED** that all of the above relief is conditioned upon Plaintiff depositing $73,187.70 into the Court's Registry within ten (10) days of this Order.  Failure to comply with this requirement will render subject matter jurisdiction lacking in this Court and will result in the dismissal of this action.

                                          s/ Noel L. Hillman
                                    NOEL L. HILLMAN, U.S.D.J.