UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br>*Plaintiff,* <br><br> v. <br><br> COMMENTS SOLUTIONS, LLC <br> and <br> FIRST LEGACY COMMUNITY CREDIT UNION <br><br> *Defendants.* | Civil Action No.: 1:19-cv-00077-NLH-KMW <br><br><br><br> **PLAINTIFF'S NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS** |

**PLEASE TAKE NOTICE** that on**, March 2, 2020 at 9:00 a.m.** or as soon thereafter as counsel may be heard, Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its counsel, Fox Rothschild LLP, will move before the Court for an Order awarding Wells Fargo its reasonable costs and attorneys' fees.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Wells Fargo shall rely upon the accompanying Brief in Support of Plaintiff Wells Fargo Bank, N.A.'s Motion for Attorneys' Fees and Costs and the Declaration of Adam Busler, Esq., along with the exhibit annexed thereto.

**PLEASE TAKE FURTHER NOTICE** that in accordance with L. Civ. R. 7.1(b), a proposed form of Order has also been supplied.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L. Civ. R. 7.1(b)(4), Wells Fargo hereby requests oral argument if this motion is opposed.

                                            **FOX ROTHSCHILD LLP**
                                            *Attorneys for Plaintiff,*
                                            *Wells Fargo Bank, N.A.*

                                            By:   /s/ Adam Busler
                                                      Adam Busler

Dated:   February 3, 2020